# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

DERRICK JEROME ALLEN (#295151)

VERSUS

GREG BROWN, ET AL.

CIVIL ACTION

24-953-SDD-EWD

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated March 17, 2025, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that the Court declines the exercise of supplemental jurisdiction over potential state law claims and all federal claims brought by Plaintiff Derrick Jerome Allen in this case are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted, and this case shall be closed.

Signed in Baton Rouge, Louisiana, on this ___8th___ day of May, 2025.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 11.
[2] Rec. Doc. 15.